# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **DAVID W. JAHN,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Civil Action No.: 2:06-cv-623** |
| | ) |
| **REGINALD JAMES** | ) |
| **WASHINGTON individually, and** | ) |
| **GROCERY SUPPLY COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

## REPORT OF PARTIES' PLANNING MEETING

1.      Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on September 11, 2006 and attended by:

> Terry G. Key, Esq. for Plaintiff, David Jahn;
>
> Eric D. Bonner for Defendants, Reginald James Washington and Grocery Supply Company

2.      **Pre-discovery Disclosures.**  The parties will exchange, in twenty (20) days, the information required by LR 26.1(d), from the date of the Report of Parties Planning Meeting submitted to the Court.

3.      **Discovery Plan.**  The parties jointly propose to the Court the following discovery plan:

> Discovery will be needed on the following subjects:   Among the issues that need to be addressed in discovery include: the causation of the accident, the extent of the plaintiff's damages and injuries, the negligence and/or contributory negligence of the parties, all causes of action asserted in the plaintiff's Complaint and the defenses raised by the defendants in their Answers.

> All Discovery commenced in time to be completed by      June 30, 2007.

> Maximum of         40         interrogatories by each party to any other party. [Responses due _____ days after service.]

> Maximum of         40         requests for admission by each party to any other party. [Responses due _____ days after service.]

Maximum of ___8___ depositions by Plaintiff and ___8___ depositions by the Defendants.

Each deposition limited to maximum of __8_ hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by _____Aril 15, 2007_____.
from Defendants by _May 15, 2007_____.

Supplementations under Rule 26(e) due _____within thirty (30) days after receipt of the information needed to supplement discovery responses and no later than sixty (60) days prior to the discovery cut-off.

4.    **Other Items**.

The parties ___do not want___ a pre-trial conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference in _at the Court's discretion with a proposed date of approximately sixty (60) days prior to trial._____.

Plaintiff should be allowed until ____December 31, 2006___ to    join    additional parties and until _____January 31, 2007_____ to amend the pleadings.

Defendants should be allowed until _January 31, 2007_____ to    join    additional parties and until _____February 28, 2007_____ to amend the pleadings.

All potentially dispositive motions should be filed by _____May 31, 2007___.

Settlement ___cannot be evaluated at this time, although the Parties have conducted preliminary discussions concerning the damages claimed by the Plaintiff.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

from Plaintiff by ____forty (40) days prior to trial_____

from Defendants by __thirty (30) days prior to trial_____

Parties should have ___fourteen (14)___ days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by __July 31, 2007_____ and at this time is expected to take approximately _____3-4_____ days.

DATE: _____September 12, 2006_____

_____/s/ Eric D. Bonner,_____
Eric D. Bonner, Esq.
**CLARK, ONCALE, HAIR & SMITH, PC**
Attorney for Defendants Reginald James Washington and Grocery Supply Company
800 Shades Creek Parkway, Suite 850
Birmingham, AL  35209
State Bar:  ASB-7718-C63B
Email: ebonner@cohslaw.com

_____/s/ Terry G. Key_____
Terry G. Key, Esq.
**COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, PC**
Attorney for Plaintiff David Jahn
P.O. Box 927
Dothan, AL. 36302
State Bar:  ASB-2345-K36T
Email tkey@cochranfirm.com