IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID W. JAHN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No.: 2:06-cv-623 |
| REGINALD JAMES WASHINGTON individually, and GROCERY SUPPLY COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**INITIAL DISCLOSURES OF DEFENDANTS REGINALD WASHINGTON AND GROCERY SUPPLY COMPANY**

COMES NOW the Defendants REGINALD WASHINGTON AND GROCERY SUPPLY COMPANY and files this, their initial disclosures:

A.   INDIVIDUALS WITH DISCOVERABLE INFORMATION

1. Reginald Washington, 1023 North 8th Avenue, Pensacola, Florida 32501. It is expected Mr. Washington will testify regarding the accident occurring between him and the plaintiff David Jahn.

2. David Jahn. He is the plaintiff to this accident. It is expected that he would testify regarding the accident which he was involved and would also testify as to his damages and medical treatments.

3. Oscar De Leon, Jr. Route 10, Box 229.5 Harlingen, Texas 78550. It is believed that Mr. De Leon was a witness to the accident. It is expected he will testify as to what he observed while at the accident scene.

4. Officer David Turman, Alabama State Trooper, Evergreen office. Based on information and belief, Officer Turman investigated the accident made the basis of this lawsuit.

5. Ellis Farley, Alabama State Trooper, Evergreen office. Based on information and belief, Officer Farley investigated the accident made the basis of this lawsuit.

6. Appropriate corporate representatives of the Grocery Supply Company. Depending on the information requested from the plaintiff during the discovery process it is anticipated that representatives of Grocery Supply Company will testify in depositions concerning questions and/or discovery posed by the plaintiff in any 30(b) (6) deposition notices.

7. Any and all medical physicians, medical providers and/or other medical personnel. It is anticipated that the testimony of the plaintiff's treating physicians, medical providers, EMS personnel, etc. may be warranted under the facts of this case. It is expected that those medical providers will testify as to their personal observations as well as the injuries and/or treatments of the plaintiff David Jahn.

8. Discovery is ongoing. If additional witnesses are located who have information pertaining to this case, those witnesses will be disclosed to the plaintiff.

**B.   RELEVANT DISCOVERABLE DOCUMENTS:**

1. The Alabama Uniform Accident Report

2. Any documents, notices, correspondence exchanged between or among the parties.

3. Any photographs of the vehicles involved in the accident.

4. Medical records and bills from Georgiana Hospital, 515 North Miranda Avenue, Georgiana, AL 36033.

5. Medical records and bills from Southern Bone & Joint, 404 North Main Street, Enterprise, AL 36033.

6.    Medical records and bills from Southeast Alabama Medical Center, 1108 Ross Clark Circle, Dothan, AL 36301.

7.    Medical records and bills from Anesthesia Consultants, 1108 Ross Clark Circle #700, Dothan, AL 36301.

8.    These documents are available for copying at mutually agreed time and place between parties.

9.    Discovery is ongoing in this case. If any additional discoverable non-privileged information is obtained, that information will be produced to the plaintiff.

### C.    DAMAGES CALCULATIONS:

1.    Defendants Reginald Washington and Grocery Supply Company are not seeking damages in this lawsuit.

### D.    INSURANCE COVERAGE

1.    Grocery Supply Company had a policy of insurance with Sentry Insurance Mutual Company, number 901551503 with liability limits of $1,000,000.

_/s/ Shane M. Oncale_
Shane M. Oncale ASB-8108-N77S
Eric D. Bonner ASB-7718-C63B
Attorneys for Defendants

OF COUNSEL:

**Clark, Dolan, Morse, Oncale, & Hair, P.C.**
800 Shades Creek Parkway, Suite 850
Birmingham, Alabama 35209
(205) 397-2900
(205) 397-2901 *fax*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this the 29th day of September, 2006, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send email notification of such filing to the following attorneys of record:

Terry G. Key, Esq.
**COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, PC**
Attorney for Plaintiff David Jahn
P.O. Box 927
Dothan, AL. 36302
State Bar: ASB-2345-K36T
Email tkey@cochranfirm.com

                                                                    s/ Shane M. Oncale
                                                                    Of Counsel

## Lori Dabbs

**From:** Lori Dabbs
**Sent:** Friday, September 29, 2006 2:10 PM
**To:** 'tkey@cochranfirm.com'
**Cc:** Eric D. Bonner
**Subject:** David Jahn v. GSC

Attached please find Defendants' Rule 26 Disclosures which will be e-filed today. Please let me know if you have any problems opening the document.

Thanks,

Lori Dabbs,
Legal Assistant to Shane M. Oncale and Eric D. Bonner
Clark, Oncale, Hair & Smith, P.C.
800 Shades Creek Parkway, Suite 850
Birmingham, Alabama 35209

Direct Dial: 205-397-2912
Fax: 205-397-2901