IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| DAVID W. JAHN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-623-MEF |
| | ) | |
| REGINALD JAMES WASHINGTON, | ) | |
| *et al.,* | ) | |
| | ) | |
|    Defendants. | ) | |

## **O R D E R**

It is hereby ORDERED that the Uniform Scheduling Order (Doc. #6) entered by the court on September 18, 2006 is VACATED. A new scheduling order will be entered.

DONE this the 9th day of November, 2006.

                                               /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE