IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:06-cv-623 |
| | ) |
| REGINALD JAMES WASHINGTON, | ) |
| individually and | ) |
| GROCERY SUPPLY COMPANY, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, David Jahn, in the above styled cause and respectfully requests leave from this Honorable Court to file the attached Amended Complaint. In support thereof, Plaintiff states as follows:

1. The decision to grant leave to amend a Complaint is within the sole discretion of the district court. Fed. R. Civ. P. 15. However, Rule 15(a) of the Federal Rules of Civil Procedure limits that discretion by mandating that "leave shall be freely given when justice so requires." See Halliburton & Associations v. Henderson, Few & Co., 774 F.2d 441 (11th Cir. 1985). Therefore, there must be a substantial reason to deny a motion to amend, id., such as "undue delay, bad faith, dilatory motive on the part of the movant, . . . undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment," Foman v. Davis, 371 U.S. 178, 182 (1962).

2. Plaintiff states that he has not unduly delayed in amending his Complaint and that Defendant will not be prejudiced by virtue of allowance of the amendment.

3. The attached Complaint has been amended to state with the correct full name of the defendant company, GSC Enterprises, Inc., d/b/a Grocery Supply Company.

4. The primary attorney for this case was out of town for the holidays and upon my return to the office today I noticed this correction.

5. Allowing Plaintiff to amend complaint today would alleviate the necessity of having to dismiss and refile the claim under the correct name.

WHEREFORE, premises considered, Plaintiff requests this Honorable Court grant him leave to file the attached Amended Complaint and to direct the Clerk of the Court to file the attached Amended Complaint.

Dated: December 28, 2006

Respectfully submitted,

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.

/s/ Terry Key
**CHRISTEN L. HAYES**
**TERRY KEY**
163 W. Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 – Phone
(334) 793-8280 – Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2006, I electronically filed Plaintiff's Motion for Leave to Amend Complaint with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Shane M. Oncale
Attorney for Defendants

oncale@clarkdolan.com

/s/ Terry Key