IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| DAVID W. JAHN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-623-MEF |
| | ) | |
| REGINALD JAMES WASHINGTON, | ) | |
| *et al.,* | ) | |
| | ) | |
|     Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Amend/Correct (Doc. #12) filed on December 28, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 4th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE