IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:06-cv-623 |
| | ) |
| REGINALD JAMES WASHINGTON, | ) |
| individually and GSC ENTERPRISES, | ) |
| INC., d/b/a GROCERY SUPPLY | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that the following discovery documents have been served upon all parties to this action:

**NOTICE TO TAKE DEPOSITION– Dr. James P. DeHaven**

DATE:       Wednesday, February 21, 2007

TIME:       5:00 p.m.

PLACE:      Dothan Specialty Clinic
            4300 West Main Street, Ste 102
            Dothan, AL  36305
            (334) 793-9564

Dated February 9, 2007, 2007

ATTORNEYS FOR PLAINTIFFS

s/Terry G. Key
Terry G. Key (KEY-011)
Christy L. Hayes (HAY-058)
Attorneys for Plaintiff
Post Office Box 927
Dothan, Alabama 36302

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by placing same in the U. S. mail, postage prepaid and properly addressed as follows on this the _9th_ day of February, 2007:

Dr. James P. DeHaven
Dothan Specialty Clinic
4300 West Main Street, Ste 102
Dothan, AL 36305

Shane M. Oncale, Esq.
Eric D. Bonner, Esq.
Clark, Dolan, Morse, Oncale & Hair, P.C.
800 Shades Creek Pkwy., Ste 850
Birmingham, AL 35209

**COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.**

s/Terry G. Key
Of Counsel

cc: Merrill Legal Solutions Court Reporters