IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 02:06-cv-623 |
| | ) |
| REGINALD JAMES WASHINGTON, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned and requests the Court to list the undersigned as additional counsel for Defendants REGINALD JAMES WASHINGTON and GSC ENTERPRISES, INC.

                                                                      *s/Jay Clark*
                                                                       JOHN W. CLARK, JR.
                                                                       Attorney for REGINALD JAMES
                                                                       WASHINGTON and GSC ENTERPRISES, INC.
                                                                         State Bar: ASB-2581-C61J

*OF COUNSEL:*

**CLARK, ONCALE, HAIR & SMITH P.C.**
P.O. Box 530467
Birmingham, AL  35253
205/397-2900
205/397-2901 Fax

## CERTIFICATE OF SERVICE

    I hereby certify that I have this 5th day of March, 2007 mailed a copy of the foregoing pleading to the following attorneys of record:

Terry G. Key, Esq.
P.O. Box 927
Dothan, AL. 36302

                                             *s/Jay Clark*
                                             OF COUNSEL