IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, | ) |
|     Plaintiff, | ) ) ) |
| vs. | )   Civil Action No.: 02:06-623 |
| REGINALD JAMES WASHINGTON, individually, and GROCERY SUPPLY COMPANY, | ) ) ) ) ) |
|     Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Shane M. Oncale and moves this Honorable Court to enter an Order allowing him to withdraw as counsel of record for Defendants Reginald James Washington and GSC Enterprises, Inc. in the above entitled action. As grounds for this motion, the Movant states as follows:

1. Mr. Oncale is no longer with the firm of Clark, Oncale, Hair & Smith, P.C.

2. Reginald James Washington and GSC Enterprises, Inc. will now be represented by John W. Clark, Jr. and his law firm.

WHEREFORE, PREMISES CONSIDERED, Shane M. Oncale prays this Honorable Court will enter an Order allowing him to withdraw as counsel of record for Defendants Reginald James Washington and GSC Enterprises, Inc. in the above cause of action.

                                                                                                      */s/ Shane M. Oncale*
                                                                                                      Shane M. Oncale (ASB-8108-N77S)

OF COUNSEL:

JONES, AYERS & ONCALE, LLC.
P.O. Box 530781
Birmingham, AL 35253
(205) 670-5575

**CERTIFICATE OF SERVICE**

      I herby certify that on this the __13th__ day of March, 2007 a copy of the foregoing was forwarded by United States mail, postage prepaid, affixed hereto, upon the following counsel of record:

Terry G. Key
Christy L. Hayes
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
PO Box 927
Dothan, AL 36302

John W. Clark, Jr.
Clark, Oncale, Hair & Smith, PC
PO Box 530467
Birmingham, AL 35253

                                             _/s/ Shane M. Oncale_
                                             OF COUNSEL