IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID W. JAHN,                              )
                                           )
        Plaintiff,                          )
v.                                          )        CASE NO. 2:06-cv-623-MEF
                                           )
REGINALD JAMES WASHINGTON,                  )
*et al.,*                                   )
                                           )
        Defendants.                         )

# **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel of Record (Doc. #21) filed

by Shane M. Oncale on March 16, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 20th day of March, 2007.


_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE