IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 02:06-cv-623 |
| ) | |
| REGINALD JAMES WASHINGTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## GSC ENTERPRISES, INC. d/b/a GROCERY SUPPLY COMPANY'S CORPORATE DISCLOSURE STATEMENT

Comes now the Defendant, GSC ENTERPRISES, INC. d/b/a GROCERY SUPPLY COMPANY, pursuant to Federal Rules of Civil Procedure 7.1 hereby files this Corporate Disclosure Statement, stating as follows:

GSC Enterprises, Inc. is a privately held corporation whose stock is not publicly traded. GSC Enterprises, Inc. has four divisions being Grocery Supply Company (Sulphur Springs), Grocery Supply Company (San Antonio), Grocery Supply Company (Southeast) and Fidelity Express. GSC Enterprises, Inc. has no subsidiaries and issues no stock.

Done this 9th day of April, 2007.

*s/Jay Clark*
**JOHN W. CLARK, JR.**
Attorney for GSC ENTERPRISES, INC.
d/b/a GROCERY SUPPLY COMPANY
State Bar: ASB-2581-C61J

OF COUNSEL:

CLARK, HAIR & SMITH, P.C.
P.O. BOX 530467
Birmingham, AL 35253
205/397-2900
205/397-2901 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 9th day of April, 2007 sent via electronic mail and/or U.S. mail a copy of the foregoing pleading to the following attorneys of record:

Terry G. Key, Esq.
P.O. Box 927
Dothan, AL. 36302

                                               *s/Jay Clark*
                                               OF COUNSEL