## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DAVID W. JAHN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Civil Action No.: 2:06-cv-623 |
| | ) |
| **REGINALD JAMES WASHINGTON, et al.** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE TO CLERK OF THE CIRCUIT COURT

Take notice that the undersigned has, this date, served on counsel for all parties the following:

**Notice of Deposition of David W. Jahn**
**May 23, 2007 at 1:00 p.m.**

This the 2nd day of May, 2007.

                                                                                                 _/s/John W. Clark, Jr._
                                                                                                  **JOHN W. CLARK, JR. –ASB-2581-c61j**
                                                                                                  Attorney for Defendant

OF COUNSEL:

CLARK, HAIR & SMITH, P.C.
800 Shades Creek Parkway, Suite 850
Birmingham, AL  35209
205/397-2900
205/397-2901 Fax

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:06-cv-623 |
| | ) |
| REGINALD JAMES WASHINGTON, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

Please take notice that the Defendant will take the testimony by deposition upon oral examination for the purpose of discovery or for use as evidence in this cause, or both purposes, in accordance with the Alabama Rules of Civil Procedure of:

| | |
|---|---|
| Deponent: | David W. Jahn |
| Date: | May 23, 2007 |
| Time: | 1:00 p.m. |
| Place: | Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C. 163 West Main Street Dothan, Alabama 36302 |
| Before: | Freedom Court Reporting |

                                            */s/John W. Clark, Jr.*
                                            **JOHN W. CLARK, JR. – ASB2581-C61j**
                                            Attorney for Defendants

OF COUNSEL:

CLARK, HAIR & SMITH, P.C.
800 Shades Creek Parkway, Suite 850
Birmingham, AL 35209
205/397-2900
205/397-2901 Fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 2nd day of May, 2007 electronically served the following attorneys of record:

Terry G. Key
Christy L. Hayes
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
PO Box 927
Dothan, AL 36302

                                                                 /s/John W. Clark, Jr.
                                                                 OF COUNSEL