**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| DAVID W. JAHN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:06-cv-623 |
| | ) | |
| REGINALD JAMES WASHINGTON, et al. | ) | |
| | ) | |
|     Defendants. | ) | |

**DEFENDANT'S MOTION TO EXTEND DISPOSITIVE
MOTION DEADLINE 60 DAYS**

COME NOW, the Defendants Reginald James Washington ("Washington") and Grocery Supply Company ("GSC") (collectively "Defendants") and file the following motion seeking to extend the dispositive motion deadline in this case by 60 days from July 3, 2007 until September 3, 2007.  In support of said motion, the Defendants would state unto the Court as follows:

1.      The Plaintiff David Jahn's lawsuit was filed on or about June 1, 2006 in the Circuit Court of Butler County, Alabama.  On or about July 17, 2006 the Defendants filed a Notice of Removal pursuant to 28 U.S.C. §§1332 & 1441(a) U.S. Code.  This civil action involves Plaintiff's claims in regards to injuries he sustained in a motor vehicle accident involving his pick up truck and a tractor trailer being driven by Defendant Washington in his employment with GSC on or about October 5, 2005.

2.      The parties in this case have been working diligently to complete necessary discovery so this case can be tried the week of November 5, 2007, as scheduled.  In fact, several depositions have been completed in this case including: the Plaintiff's deposition, the depositions of two of the Plaintiff's treating physicians and the deposition of a witness to the accident.  The

parties are working to schedule the depositions of Defendant Washington and a corporate representative of Defendant GSC for in late July or early August. Additionally, it is anticipated that depositions of any experts will be also taken on or before the deadline to complete discovery which is September 17, 2007. Accordingly, as this Court can see the parties have been active in conducting the necessary discovery to get this case ready for trial.

3.        The Defendants would request this Court extend the dispositive motion deadline of July 3, 2007, 60 days until September 3, 2007. The requested extension of the dispositive motion deadline would allow necessary depositions to take place, including those of Defendants Washington and GSC, which are anticipated to be pertinent to issues to be addressed by the parties through dispositive motions. It is likely that the Defendants will address Plaintiff's claims of negligent entrustment and/or wantonness through dispositive motion, but until the depositions of Defendants Washington and GSC are taken the filing of any such motion on those claims would be premature. Accordingly, the Defendants request an additional 60 days to file any dispositive motions in this case in order to allow the parties time to complete necessary depositions prior to filing said motions.

4.        Plaintiff's counsel has indicated he will not file any written opposition to this motion where all depositions have not yet been completed. In the interests of justice, Defendants request that the Court extend said dispositive motion deadline from July 3, 2007, until September 3, 2007, to allow necessary discovery to be conducted prior to any dispositive motions being filed by the parties.

WHEREFORE, PREMISES CONSIDERED, Defendants Reginald James Washington and Grocery Supply Company pray this Honorable Court will enter an Order extending the

dispositive motion deadline as set forth in the Court's current scheduling order from July 3, 2007

until September 3, 2007.

       Done this the 26th day of June, 2007.

                                       __/s/Eric D. Bonner._____
                                       **ERIC D. BONNER – ASB-7718-c63b**
                                       **JOHN W. CLARK, JR. –ASB-2581-c61j**
                                       Attorney for Defendant

OF COUNSEL:

CLARK, HAIR & SMITH, P.C.
800 Shades Creek Parkway, Suite 850
Birmingham, AL  35209
205/397-2900
205/397-2901 Fax

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 26th day of June, 2007 electronically served the following attorneys of record:

Terry G. Key
Christy L. Hayes
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
PO Box 927
Dothan, AL 36302


                                       */s/Eric D. Bonner.*
                                         OF COUNSEL