IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID W. JAHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-623-MEF |
| | ) | |
| REGINALD JAMES WASHINGTON, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Deadline (Doc. #32) filed on June 27, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 29th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE