# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REGINALD JAMES WASHINGTON, et al. )<br>)<br>Defendants. ) | Civil Action No.: 2:06-cv-623 |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes Now the Defendants Reginald James Washington and Grocery Supply Company (collectively as "Defendants") and pursuant to Rule 56 of the Federal Rules of Civil Procedure move this Honorable Court to grant summary judgment as to the Plaintiff's claims of wantonness and negligent entrustment as there are no genuine issues of material fact and the Defendants are entitled to judgment as a matter of law on those claims.

In support of their motion, the Defendants rely upon on their Brief in Support of Motion for Partial Summary Judgment and all attached evidentiary documentation filed simultaneously herewith, which includes: (1) Plaintiff's Complaint, (2) Notice of Removal, (3) Affidavit of Reginald Washington, (4) Affidavit of Harry Huelsbeck and (5) Relevant Portions of the Deposition of Plaintiff David Jahn.

WHEREFORE, ALL PREMISES CONSIDERED, the Defendants respectfully request that this Honorable Court grant their motion for partial summary judgment as to Plaintiff's claims of wantonness and negligent entrustment.

Submitted this the 3rd day of June, 2007.

                                                                                                    _s/Eric D. Bonner_
                                                                                                     Eric D. Bonner ASB-7718-C63B
                                                                                                     Attorney for Defendants

OF COUNSEL:

**Clark, Oncale, Hair & Smith, P.C.**
Post Office Box 530467
Birmingham, Alabama 35253
(205) 397-2900
(205) 397-2901 *fax*

## CERTIFICATE OF SERVICE

I herby certify that on this the 3rd day of June, 2007 a copy of the foregoing was electronically forwarded upon the following counsel of record:

Terry G. Key
Christy L. Hayes
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
PO Box 927
Dothan, AL 36302

                                                                                                       _s/Eric D. Bonner_
                                                                                                        OF COUNSEL