IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:06-cv-623 |
| | ) |
| REGINALD JAMES WASHINGTON, | ) |
| individually and GSC ENTERPRISES, | ) |
| INC., d/b/a GROCERY SUPPLY | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S EXPERT WITNESS DISCLOSURES

Pursuant to the Court's Scheduling Order, Plaintiff provides the following information concerning expert witnesses that he expects to testify at trial:

1.  Traci K. Campbell, P.E.
    Consulting Engineer
    BEC Consulting, L.L.C.
    Post Office Box 4229
    Tallahassee, FL  32315

    Ms. Campbell's opinions, qualifications, fee schedule and testimony list are attached as Exhibit "A" hereto.

2.  **Treating Physicians and Medical Caregivers**

    Plaintiff reserves the right to provide testimony from treating physicians, or other medical caregivers (e.g., physical therapists, etc.) who may also provide expert opinion testimony associated with the treatment provided. Since treatment is ongoing, the identity of those individuals may or may not be reflected in medical records available at this time.

3. **Rebuttal Testimony**

Plaintiff reserves the right to call expert witnesses in rebuttal to testimony provided by Defense experts.

Dated this the 3rd day of July, 2007.

           COCHRAN, CHERRY, GIVENS,
           SMITH, LANE & TAYLOR, P.C.

           /s/ Terry G. Key
           Terry G. Key (KEY-011)
           Christy L. Hayes (HAY-058)
           Attorneys for Plaintiff
           Post Office Box 927
           Dothan, Alabama 36302

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic mail and/or U.S. Mail to the following:

John W. Clark, Jr., Esq.
Eric D. Bonner, Esq.
Clark, Oncale, Hair & Smith, P.C.
Post Office Box 530467
Birmingham, AL 36253

           /s/ Terry G. Key
           Of Counsel



**Engineering Accident Reconstruction**

*Same Company, New Name*

BEC CONSULTING, LLC

3660 Hartsfield Road, Ste. 123
Tallahassee, FL 32303

Post Office Box 4229
Tallahassee, FL 32315

Phone (850) 558-3127
Fax (850) 575-8454

www.becconsult.com

PLAINTIFF'S EXHIBIT A

July 2, 2007

VIA E-MAIL (TerryKey@CochranFirm.com)

Mr. Terry G. Key
Cochran, Cherry, Givens & Smith, P.C.
163 W Main St
Dothan, AL 36302

RE: Jahn, David v Grocery Supply Southeast
Preliminary Report of Findings

FILE: BEC Project No. 12130

Dear Mr. Key:

I have completed the preliminary analysis of the above-referenced incident. During my analysis, I reviewed, analyzed, and considered the following materials and items:

1. Reports
   a. Alabama Uniform Traffic Accident Report - DPS #5535044
   b. Alabama Uniform Traffic Accident Report - DPS #5074799

2. Photographs
   a. (4) photographs of subject tractor trailer

3. Depositions
   a. Jahn, David W. - 23 May 07 (Excerpts)

4. Technical Data
   a. US Naval Observatory Sun and Moon Data for One Day – 2005-10-05

5. Standards, Codes, and Statutes
   a. The Code of Alabama 32-5-242 - Requirements as to Head Lamps and Auxiliary Driving Lamps

Based on my preliminary analysis of the above materials and my education, training and experience, it is my preliminary opinion, to a high degree of engineering and scientific certainty, that Mr. David Jahn did not have adequate or sufficient time to perceive, react, and avoid striking the disabled tractor trailer driven by Mr. Reginald Washington. Given the

**Engineering Services - Graphics - Research**

Mr. Terry G. Key
BEC Project No. 12130
July 2, 2007
Page 2

environmental conditions as well as the compromised visibility of the exposed undercarriage of the tractor trailer and the capabilities of the headlamps on Mr. Jahn's vehicle, Mr. Jahn came upon Mr. Washington's tractor trailer before being able to take any evasive action to avoid collision with the tractor trailer.

As these are preliminary opinions, I reserve the right to modify or add to my opinions subject to review and analysis of additional discovery information, test data, technical information, or other materials obtained during the discovery process.

Yours very truly,

BEC CONSULTING, LLC

Traci K. Campbell, P.E.
Consulting Engineer

TKC

# Curriculum Vitae
# Traci K. Campbell, P.E., Consulting Engineer

Industrial engineer with specialties in industrial accident reconstruction, including forklifts, construction machinery, appliances, and manufacturing equipment. Experience includes vehicular accident reconstruction involving automobiles, trucks, tractor-trailers, and recreational vehicles, as well as slip, trip, and fall analysis, product failure analysis, and workplace-safety related issues.

## EDUCATION

| | |
|---|---|
| 1993 | **Bachelor of Science in Industrial Engineering**<br>Florida State University |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2001 to present | **BEC Consulting, LLC, Tallahassee, FL**<br>**(Formerly Benedict Engineering Company, Tallahassee, FL)**<br>Consulting Engineer |
| 1999 to 2001 | **General Motors Corporation, Warren, MI**<br>Senior Industrial Engineer |
| 1998 to 1999 | **General Motors Corporation, Shanghai, China**<br>Lean Manufacturing International Service Assignment |
| 1996 to 1998 | **General Motors Corporation, Atlanta, GA**<br>Industrial Engineer |
| 1993 to 1996 | **Stanadyne Automotive Corp., Tallahassee, FL**<br>Industrial Engineer/Buyer |

## LICENSES, REGISTRATIONS, & CERTIFICATIONS

| | |
|---|---|
| No. 63873 | State of Florida Professional Engineer |
| No. PE032296 | State of Georgia Professional Engineer |
| No. 8820-3789 | Certified Fire and Explosion Investigator (CFEI) |

Curriculum Vitae of Traci Campbell, P.E.
Page 2 of 3

## PROFESSIONAL ASSOCIATIONS and AWARDS

- American Society of Safety Engineers (ASSE)
- American Society for Testing and Materials (ASTM)
  E30 Committee - Forensic Sciences
  E34 Committee - Occupational Health and Safety
  F08 Committee - Sports Equipment and Facilities
  F13 Committee - Safety and Traction for Footwear
  F24 Committee - Amusement Rides and Devices
- Florida Engineering Society (FES)
- Institute of Industrial Engineers (IIE)
- National Association of Fire Investigators (NAFI)
- National Society of Professional Engineers (NSPE)
- Society of Automotive Engineers (SAE)
- Society of Women Engineers (SWE)
- Toastmaster International (TI)
  Competent Toastmaster (CTM)
  Competent Leader (CL)
  Advanced Leader (AL)
  Advanced Toastmasters Bronze (ATM-B)
  Advanced Toastmasters Silver (ATM-S)
  Advanced Toastmasters Gold (ATM-G)
  Distinguished Toastmasters (DTM)
  President, July 2004 – June 2005

## RELEVANT COURSEWORK/CONTINUING EDUCATION

| | |
|---|---|
| May 2007 | "Workplace Safety and OSHA Compliance" National Seminars Group, Tallahassee, FL |
| April 2005 | "PC Crash 6.2" MacInnis Engineering Associates Ltd, Tallahassee, FL |
| April 2004 | "Analysis of Collisions Involving Pedestrians or Bicyclists" Collision Safety Institute, Tallahassee, FL |
| July 2002 | "10 Hour OSHA Course in General Industry Safety and Health" BEC, Tallahassee, FL |
| May 2002 | "Accident Reconstruction" Northwestern University Center for Public Safety, Tallahassee, FL |

Curriculum Vitae of Traci Campbell, P.E.
Page 3 of 3

| | |
|---|---|
| May 2002 | "Advanced Trial Advocacy Program: Expert Witness"<br>The Florida Bar, Gainesville, FL |
| April 2002 | "Truck Safety Inspection Program, Safety Management Councils"<br>Florida/Georgia Trucking Associations, Valdosta, GA |

## PATENTS

Booeshaghi, Farhad, Charles E. Benedict, Stephen R. Corbett, Christian A. Yates, Mohammad R Vaghar, and Traci K. Campbell. "Pivotal Guards for Power Hand Tools with Rotating Discs." U.S. Patent No. 6,699,114, filed April 26, 2002, and issued March 2, 2004.

## PUBLICATIONS and PRESENTATIONS

Campbell, Traci. "Accident Reconstruction Part IV - Energy and EBS Calculations." BEC Consulting, LLC, Tallahassee, FL. June 20, 2007.

Campbell, Traci. "Slip and Fall—Is This A Real Accident?" *Briefings*. 8(2) (2007): 3.

Campbell, Traci. "Industrial Engineers - A Good Weapon In Your Expert Witness Arsenal." *The Verdict*

Campbell, Traci. "Industrial Engineers - A Good Weapon in Your Expert Witness Arsenal." *Briefings*

Campbell, Traci. "Industrial Engineers - A Good Weapon in Your Expert Witness Arsenal." The Academy of Florida Trial Lawyers 2005 Winter Ski Seminar, Vail, CO, December 15, 2005.

Campbell, Traci. "Slip, Trip and Fall—What an Engineer Can Do For You." Mealy's Retail Liability Conference, Las Vegas, NV, December 2004.

Campbell, T., Pyrsock, A.L. "Slip, Trip and Fall — What an Engineer Can Do For You." Institute of Continuing Legal Education, Atlanta, GA, October 14, 2005.

07/07

**BEC CONSULTING, LLC**
**STANDARD FEE SCHEDULE**
**EFFECTIVE JANUARY 1, 2007**

### PROFESSIONAL TIME

| | |
|---|---|
| Senior Engineer | $150 - 400/ hr. |
| Project Engineer | $100 - 150/ hr. |
| Technical/Graphics/Video Support | $ 50 - 150/ hr. |
| Professional Video Editing | $225/ hr. |
| Basic File Review Fee | $ 500 |

- All travel is billed portal to portal

### RETAINERS REQUIRED

Retainers are based on the scope and complexity of work to be performed and is generally a minimum of $2,500.[1]

Advance payments are required for services to be performed exceeding $5,000.

Retainers are held until the end of the case up to a maximum of $5,000.

### REIMBURSABLE COSTS

| | |
|---|---|
| Mileage, unless otherwise restricted by client's per diem schedule. | $0.60 / mile |
| Evidence storage.[2,3,4] | |
| - Large items (i.e. Vehicles[5], Motorcycles, Scaffolding, etc.) | $175 / month |
| - Small items | $175 / year |
| Survey Gear / Two Way Radios | $125 / trip |
| Vetronix Black Box | $50 / test |
| Video Equipment | $50 / test |
| Slip Meters / Force Gauge (Load Cell) | $25 / test |
| Xerox Copies | $0.25 / page |
| Faxing    Local: $2.00 (10 pages or less), $0.10 each additional page thereafter | |
|    Long Distance : | $1.00/page |
| Color Copies / Prints | $1.50 / page |
| All other out-of-pocket expenses. | Cost + 10% |

BEC CONSULTING, LLC
Standard Fee Schedule
Effective January 1, 2007
Page: 2

### TESTIMONY

Professional Fees for depositions and trial testimony to be billed in accordance with the following procedures:

    A)   Depositions will be billed to opposing counsel unless other arrangements are made in advance.

        1)   Depositions taking place at BEC Consulting's office require a minimum advance payment of $600.00.
        2)   Depositions taking place outside of BEC Consulting's office require a minimum advance payment of $1,000.00. Time will be billed from portal to portal.
        3)   A minimum fee of $600.00 will be billed regardless of deposition length.
        4)   Production of records will be billed at our standard fee rates.

    B)   Trial testimony requires a $5,000.00 advance payment which will be applied to costs associated with preparation for trial. Account must be paid current from the date of the last invoice to client prior to trial.

- Invoices for services rendered are submitted monthly for payment and are due 30 days from the invoice date. Overdue balances will accrue finance charges at 1.5% per month (18% per annum).
- All work shall cease on cases if and when invoices become 60 days past due.
- Invoices not paid within 90 days of invoice date will be turned over for collections. Any fees incurred for collection efforts will be added to the total due.
- Invoices are submitted in a generic format unless otherwise directed.
- Fees may be incurred at the close of a case for return or disposal of file materials and/or evidence.
- If you terminate our agreement and request the transfer of our files, there will be an administrative charge in the amount of $500.00 per file which sum shall be due at the time of transfer. In addition, prior to any transfer of files, all statements must be paid current.
- The client is responsible for assisting BEC Consulting, LLC in the collection of fees billed to opposing counsel for deposition and other services in the event that BEC Consulting, LLC has difficulty collecting said fees.
- A set-up fee of $100.00 will be billed to opposing counsel for inspections.

<u>RATES ARE SUBJECT TO CHANGE WITH 30 DAYS NOTIFICATION</u>

---

[1] $500 is the minimum, non-refundable fee that will be invoiced.
[2] BEC Consulting, LLC stores evidence and files for purposes of analysis and for the convenience of the client. Reasonable care will be taken of such items, but BEC Consulting, LLC shall not be responsible for pilferage or disasters such as fire, storm, flooding and lightning damage which may occur.
[3] In addition, in the event we store property at your request and you fail to pay any fees or costs due us, you hereby consent and agree that we may sell such property, after thirty (30) days written notice, at public or private sale, and may apply any proceeds to the cost of the same and any balance due us.
[4] It is our policy to return or destroy evidence on all closed files. You will receive notification from our offices at the time your file closes for direction in this regard. The billing rate for large evidence will increase to $350 per month upon closure of a case. In the event we have not received a written response providing us specific directions regarding the disposition of the item(s), you hereby agree that the evidence may be destroyed and we may proceed accordingly.
[5] Vehicles needing wheel dollies to maneuver will be charged an additional one time fee of $200.