# EXHIBIT 3

## AFFIDAVIT OF REGINALD WASHINGTON

STATE OF FLORIDA )

COUNTY OF ESCAMBIA )

My name is Reginald Washington. I was employed as a truck driver for Grocery Supply Company. I have first hand knowledge of the information contained herein.

I was employed with Grocery Supply Company from October 15, 2001, until January 10, 2006, when I quit my employment with the company. I was employed as a truck driver for the company.

Prior to going to work for Grocery Supply Company in October 2001, I had experience driving commercial trucks. I have had a Class A Commercial Driver's License since 1982. During the 1980's I worked for J. B. Hunt and Adams Brothers as a commercial driver. From 1990 through 1994 I drove a truck for Tin Cup delivering produce. I then worked for Southern Food, which purchased Tin Cup, as a long-distance driver from 1994 until 2001. Southern Food was purchased by Fresh America, and I worked with Fresh America from January 2001 until July 2001 again delivering produce. At the time of this accident on October 5, 2005, I had over twenty years of truck driving experience.

Prior to the accident occurring on October 5, 2005, I was involved in one other accident while operating a commercial vehicle. This accident occurred on September 13, 2004, in Madison County, Florida, while I was employed with GSC. This is the only other accident I have ever been involved while driving a commercial vehicle. Further, the only traffic violation I received prior to going to work for GSC was on February 8, 2000, for a seat belt violation.

On the late evening of October 5, 2005 when the accident occurred, I was traveling on Interstate 65 northbound in Butler County, Alabama. I was traveling in the right lane of the interstate at approximately 55 miles per hour when I hit a pothole in the roadway. After hitting the pothole, my tractor-trailer was knocked into a concrete barrier on the right side of the highway. After the tractor-trailer hit the concrete barrier it moved back to the left and the trailer jackknifed. The tractor-trailer came to a stop on Interstate 65 on its side. I was trapped inside of the vehicle and unable to do anything to warn others about the situation.

Prior to my tractor-trailer overturning, I did not see David Jahn's vehicle on Interstate 65. While I was trapped, David Jahn's vehicle collided with my tractor-trailer. At the time Mr. Jahn's vehicle collided with my tractor-trailer, I was trapped in my vehicle with no means of warning others on the interstate that the tractor-trailer had overturned. I never had the opportunity to warn any oncoming motorists that my tractor-trailer had overturned.

I am not aware of any defects with the tractor-trailer that I was operating on October 5, 2005, that caused and/or contributed to the accident. I had no health conditions on the date of the accident which prevented me from operating the tractor-trailer. Further, I have never suffered from any medical conditions that have prevented me from operating a tractor trailer for the various employers for whom I have worked. Also, at no time has my commercial driver's license been suspended, cancelled or revoked.



Reginald Washington

**STATE OF FLORIDA**     )

**COUNTY OF** ESCAMBIA   )

Before me, a Notary Public, in and for said County and State, personally appeared Reginald Washington, and after being first duly sworn, did state that he has read the above and foregoing, and executed the same of his own free will.

Sworn to and subscribed before me on this the 30TH day of JUNE, 2007.

OFFICIAL NOTARY SEAL
W.R. CONROY
COMMISSION NO. DD 0422680
MY COMM. EXPIRES 04/26/2009
BONDED THRU (800) 432-4254
FLORIDA NOTARY ASSN. INC.

FL. D.L.

Notary Public
My commission expires: _____