# EXHIBIT 4

## AFFIDAVIT OF HARRY HUELSBECK

STATE OF FLORIDA        )
COUNTY OF Escambia    )

My name is Harry Huelsbeck. I am the Pensacola Division Manager for Grocery Supply Company. I work out of the Pensacola, Florida office. I have first hand knowledge of the information contained herein and am authorized by the company to make this affidavit.

I am aware of and familiar with the accident that occurred on October 5, 2005 involving driver Reginald Washington. Further, I am familiar with Mr. Washington's hiring and history as a driver for Grocery Supply Company

Mr. Washington first applied for employment with Grocery Supply Company as a truck driver on September 27, 2001. In early October 2001 Mr. Washington's medical history, driving history and criminal history were investigated by Grocery Supply Company. After Mr. Washington applied for employment, pursuant to company policy and the federal regulations, a motor vehicle record search was run on Mr. Washington. There was no motor vehicle accident found on the motor vehicle search and only one seatbelt violation from February 2000 showed up on the search. To be eligible for hire with Grocery Supply Company an applicant can not have three moving violations and/or three preventable accidents, or any combination totaling three or more in the past three years and cannot have two or more serious moving violations, which would constitute speeding which is fifteen miles per hour or more above the posted speed limit, in the past three years. Accordingly, Mr. Washington's driving record complied with company requirements to be eligible for hire as a truck driver.

In early October 2001, a State of Florida criminal background check was run on Mr. Washington. The results of the criminal background check revealed no criminal record for Mr. Washington.

In addition to the initial motor vehicle records search and criminal records check a medical examination was given to Mr. Washington on October 10, 2001. The results of the examination revealed that Mr. Washington did not have any medical conditions that precluded him from operating a tractor-trailer for Grocery Supply Company. Additionally, a pre-employment drug screen was performed on Mr. Washington and the results were negative.

Prior to hiring Mr. Washington, it was revealed during the application and interview process that he had an active CDL and that he had graduated with excellent scores from truck driving school in 1992. Further, Mr. Washington had extensive previous work experience operating large commercial vehicles for the

delivery of grocery goods. Also, Mr. Washington was given a road test operating a tractor-trailer on October 1, 2001, and he passed all parts of the road test.

Ultimately after passing all pre-requisites for employment with Grocery Supply Company, Mr. Washington was hired on October 15, 2001.

Throughout Mr. Washington's employment with Grocery Supply Company he was subject to random and post-accident drug tests, yearly motor vehicle records searches, and regular medical examinations. From the date of his hire through the accident date of October 5, 2005, Mr. Washington complied with all company requirements necessary for him to operate a tractor-trailer in his employment as a truck driver with Grocery Supply Company.

Mr. Washington was involved in an accident on September 13, 2004, prior to the subject accident. The prior accident occurred in Madison County, Florida. However, this earlier accident did not prohibit Mr. Washington, according to company policy, from operating a tractor-trailer for Grocery Supply Company on the date of the subject accident of October 5, 2005.

At the time of the subject accident on October 5, 2005, Mr. Washington was familiar with the tractor-trailer he was driving. Further, I am not aware of any mechanical defect with the tractor-trailer which played any part in the accident.

_____
Harry Huelsbeck
Pensacola Division Manager
for Grocery Supply Company


**STATE OF FLORIDA** )

**COUNTY OF** Escambia )

Before me, a Notary Public, in and for said County and State, personally appeared Harry Huelsbeck, and after being first duly sworn, did state that he has read the above and foregoing, and executed the same of his own free will.

Sworn to and subscribed before me on this the 2nd day of July, 2007.

_____
Notary Public
My commission expires: 6/26/09

ELIZABETH J. WILSON
MY COMMISSION # DD 510256
EXPIRES: June 26, 2009
Bonded Thru Budget Notary Services