# EXHIBIT 5

**FREEDOM COURT REPORTING**

Page 1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    NORTHERN DIVISION

4

5    DAVID W. JAHN,                )

6        PLAINTIFF,                )

7    V.                            CASE NUMBER: 02:06-623

8    REGINALD JAMES WASHINGTON,    )

9    Individually, and GSC,        )

10   GROCERY SUPPLY COMPANY,       )

11       DEFENDANT.                )

12

13   ****************************************************

14       DEPOSITION OF DAVID W. JAHN,

15   Taken before Melissa Martin on Wednesday, May 23, 2007, by

16   the Defendants at the Law Offices of Cochran, Cherry,

17   Givens, Smith, Lane & Taylor, P.C., 163 West Main Street,

18   Dothan, Alabama 36302.

19

20

21

22

23

COPY

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 2

```
 1                  A P P E A R A N C E S
 2
 3       FOR THE PLAINTIFF:
 4    HONORABLE CHRISTY L. HAYES
 5    COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
 6    163 WEST MAIN STREET
 7    POST OFFICE 927
 8    DOTHAN, ALABAMA 36302
 9    334-793-1555
10
11       FOR THE DEFENDANT:
12    HONORABLE ERIC D. BONNER
13    CLARK, ONCALE, HAIR & SMITH, P.C.
14    800 SHADES CREEK PARKWAY
15    SUITE 850
16    BIRMINGHAM, ALABAMA 35209
17    205-397-2900
18
19
20
21
22
23
```

1   A.  Not really.

2   Q.  Were your wipers on?

3   A.  Yes.

4   Q.  Okay.  I take it your headlights were on?

5   A.  Yes.

6   Q.  Prior to this accident occurring, when did
7   you first see the tractor-trailer?  Let me go back
8   just real quick.  It is my understanding the
9   tractor-trailer being driven by Mr. Washington was
10  on the roadway, turned over.  Is that correct?

11  A.  Yes.

12  Q.  At what point prior to the accident did you
13  first see that tractor-trailer overturned?

14  A.  When I was right up on him.

15  Q.  Okay.  Can you give me an estimate in feet
16  or yards how close you were to the tractor-trailer
17  when you first saw the tractor-trailer?

18  A.  I don't recall.

19  Q.  Were you close enough when you first saw the
20  tractor-trailer to be able to brake and stop your
21  vehicle?

22  A.  Yes.

23  Q.  Before impact?