IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:06-cv-623 |
| | ) |
| REGINALD JAMES WASHINGTON, | ) |
| individually and GSC ENTERPRISES, | ) |
| INC., d/b/a GROCERY SUPPLY | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Comes now the Plaintiff in the above-styled cause and responds to Defendants' Motion for Partial Summary Judgment on the grounds of wantonness and negligent entrustment and states as follows:

1.      Plaintiff will stipulate to dismissal of the wantonness and negligent entrustment allegations contained in the Complaint.

Respectfully submitted this the  11th  day of July, 2007.

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.


  /s/ Terry G. Key
Terry G. Key (KEY-011)
Christy L. Hayes (HAY-058)
Attorneys for Plaintiff
Post Office Box 927
Dothan, Alabama 36302

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of July, 2007, a copy of the foregoing has been served upon all counsel of record via electronic mail and/or U.S. Mail to the following:

John W. Clark, Jr., Esq.
Eric D. Bonner, Esq.
Clark, Oncale, Hair & Smith, P.C.
Post Office Box 530467
Birmingham, AL  36253

                                        /s/ Terry G. Key
                                        Of Counsel