IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:06-cv-623 |
| ) | |
| REGINALD JAMES WASHINGTON, et al.,) | |
| ) | |
| Defendants. ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

On July 23, 2007, attorneys for the Plaintiff and Defendant met at the Embassy Suites Hotel in Montgomery, Alabama to conduct a face-to-face settlement conference. Pursuant to the Court's Order, settlement and mediation in this case were discussed.

Despite efforts from the attorneys, settlement was not reached at the time of the face-to-face settlement conference. However, the parties do believe that mediation will be beneficial in this case. The parties have exchanged the names of possible mediators and are currently attempting to schedule mediation in either August or September with one of the potential mediators exchanged between the parties. The parties are of the opinion that mediation may help them resolve this case short of trial. Further, the parties anticipate the case will be mediated within the next 60 days.

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.

/s/ Terry G. Key
Terry G. Key (KEY011)
Attorney for Plaintiff
Post Office Box 927
Dothan, AL  36302

## CERTIFICATE OF SERVICE

      I hereby certify that I have this the <u>26th</u> day of July, 2007, electronically served the following attorney of record:

Eric D. Bonner, Esq.
Clark, Hair & Smith, P.C.
P.O. Box 530467
Birmingham, Alabama  35253


                                               <u>/s/ Terry G. Key</u>
                                               OF COUNSEL