## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID W. JAHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:06-cv-623 |
| | ) | |
| REGINALD JAMES WASHINGTON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS RULE 26 EXPERT WITNESS DISCLOSURE

Pursuant to the Court's Scheduling Order, the Defendants' Reginald James Washington and GSC Enterprises, Inc., d/b/a Grocery Supply Company provide the following information in regards to expert witnesses expected to testify at the trial of this case:

1.      Jerry L. Purswell, Ph.D., P.E.
        Purswell & Purswell Engineering & Ergonomics, Inc.
        2035 Mulligan Drive
        Colorado Springs, Co 80920-1603

Dr. Purswell has been retained as an expert to analyze the issues of visibility and appropriate reaction of Mr. Jahn when approaching the overturned tractor trailer found on the interstate. Dr. Purswell has investigated hundreds of vehicular accidents under contract with the National Highway Traffic Safety Administration and has investigated accidents with similar facts to the one in this case. He has testified as an expert in numerous courts throughout the country. Further, he has taught in the area of ergonomics and its application to the analysis of vehicular accidents for over the past 30 years as a faculty member at the University of Oklahoma. Dr. Purswell's opinions, qualifications, fee schedule and testimony list are attached hereto as Exhibit A.

2.    Jack R. Kalin, Ph.D., DFTCB
      State of Alabama Department of Forensic Science
      Toxicology Discipline Chief
      2026 Valleydale Road
      Hoover, Alabama 35244-2095

Dr. Kalin has been employed since 1990 with the state of Alabama Department of Forensic Sciences. From 1990 through 2004 he was a Toxicology Section Chief. From 2003 through present Dr. Kalin has been the Toxicology Discipline Chief for the Alabama Department of Forensic Science. Dr. Kalin's services in this case are not as a retained private expert, but rather the State of Alabama is being reimbursed for Dr. Kalin's expended time pursuant to Alabama state law. Dr. Kalin has testified in an excess of 300 depositions and trials in Alabama State and Federal Courts in civil and criminal cases. Dr. Kalin's opinions, qualifications and the state's schedule fee schedule are attached hereto as Exhibit B.

3.    Treating physicians and medical caregivers.

Defendant reserves the right to provide testimony from Plaintiff David Jahn's treating physicians or other medical care givers, including: doctors, nurses, lab technicians, etc., who may also provide expert opinion testimony associated with treatments provided to Plaintiff Jahn. Since treatment is ongoing, the identity of those individuals may or may not be reflected in medical records currently available to this Defendant.

4.    Where investigation and discovery are ongoing in this case, experts may reach other additional opinions. Further, the Defendant reserves the right to call additional experts in rebuttal to Plaintiff's experts.

_/sEric D. Bonner_
**JOHN W. CLARK, JR. –ASB-2581-c61j**
**ERIC D. Bonner** - ASB-7718-C63B
Attorney for Defendants

OF COUNSEL:

CLARK, HAIR & SMITH, P.C.
800 Shades Creek Parkway, Suite 850
Birmingham, AL 35209
205/397-2900
205/397-2901 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this 2nd day of August, 2007 electronically served the following attorneys of record:

Terry G. Key
Christy L. Hayes
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
PO Box 927
Dothan, AL 36302

_s/Eric D. Bonner_
OF COUNSEL