# EXHIBIT
# A

**Purswell & Purswell**
Engineering & Ergonomics, Inc.
www.purswell.com

2035 Mulligan Drive
Colorado Springs, CO  80920-1603
719/592-1773
fax: 719/265-6905
alternate fax: 413/647-9063

July 31, 2007

Mr. Eric Bonner
Clark, Hair &Smith
800 Shades Creek Parkway
Birmingham, AL 35209

Re: <u>Jahn v. GSC Enterprises, Inc.</u>

Dear Mr. Bonner:

In response to your request, I have reviewed the following materials related to this matter:

1.  Deposition transcript of Oscar De Leon;
2.  Deposition transcript of David W. Jahn;
3.  Deposition transcript of David Alford
4.  Photographs taken at the scene of the accident;
5.  Photographs taken of the Washington vehicle;
6.  Photographs taken of the Jahn vehicle;
7.  CD containing additional photographs of the accident scene and the vehicles;
8.  Accident reports related to the Jahn and Washington vehicles;
9.  Alabama Code 175, paragraphs 32-5-242 and 240;
10. Plaintiff's Expert Witness Disclosures;

I have been retained to analyze the issue of visibility and appropriate reaction of the Mr. Jahn when he was approaching the overturned Washington vehicle. I have investigated hundreds of vehicular accidents under contract to the National Highway Traffic Safety Administration, including truck accidents. I have also been retained to investigate accidents involving the collision between an overturned 18-wheeler and a pickup or passenger vehicle. My expert testimony has been accepted in numerous courts in the country. I have taught information ergonomics as applied to the analysis of vehicular accidents over the past 30 years as a faculty member at the University of Oklahoma.

Letter to Bonner
Jahn v. GSC Enterprises Inc.
7/31/07
page 2 of 3

This accident occurred on 10/5/05 at approximately 10:30 P.M. on I-65 when Mr. Washington lost control of his vehicle (18-wheeler) and overturned on I-65. The trailer of his vehicle blocked both northbound lanes of I-65, while the tractor came to rest in the median. Mr. Jahn was proceeding northbound when he encountered the trailer blocking the travel lanes. It has been reported by the investigating officer that the road was wet and some rain was falling at the time. The Jahn vehicle appeared to swerve enough to strike the underside of the tractor just off the pavement. The contact area was the area occupied by the fuel tanks on the tractor. The Jahn vehicle sustained major crushing damage in the collision.

11.

Based upon my review of these materials, my education, research, and experience, I have the following opinions related to the matter to a reasonable degree of engineering and ergonomics certainty:

1. Mr. Jahn was negligent in driving his 1998 pickup in such a manner that he did not perceive the overturned tractor-trailer and take evasive action.

2. Mr. Washington did not have time after the crash to take any action to place flares or reflectors to warn oncoming vehicle.

3. The absence of any skid marks by the Jahn vehicle prior to the crash indicates that Mr. Jahn was not attentive to the road ahead as he approached the overturned trailer.

4. The testimony of Oscar De Leon indicates he believes the Jahn vehicle was traveling at a speed higher than the 70 mph speed limit prior to the crash. The amount of crush sustained by the Jahn vehicle suggests that the impact speed was quite high, i.e. at least the speed limit of 70 mph, and possibly higher.

5. The testimony of Mr. Jahn indicates that there were no other vehicles in the immediate area preceding the accident. Thus, he should have been using his high beam headlamps at the time. If the headlamps illuminated objects at a distance of 350 feet as required by Alabama law, then Mr. Jahn should have been able to see the overturned trailer at this distance. If the coefficient of friction between the tires of the Jahn vehicle and the asphalt roadway was on the order of 0.6, then the necessary stopping distance to avoid the collision can be calculated as 272 feet. Thus, Mr. Jahn should have been able to see the overturned vehicle and brake to a stop prior to striking the trailer.

6. Even if we assume that the lower headlamps were being used and the COF was less than 0.6, proper braking would still have significantly reduced the severity of the collision and the injuries to Mr. Jahn.

Letter to Bonner
Jahn v. GSC Enterprises Inc.
7/31/07
page 3 of 3

7. The other basis for perceiving the overturned tractor-trailer in the roadway is the illumination provided by the running and clearance lamps on the Washington vehicle. A trailer on its side will still produce illumination from the clearance lamps as required by law. This illumination should have been seen by Mr. Jahn at a sufficient distance to take evasive action and either avoid the collision or significantly reduce the severity.

My curriculum vitae is attached which provides a record of my education, experience and research publications. My schedule of fees is attached which lists the charges for my services.

I reserve the right to supplement this report should further information be made available to me that would affect my opinions.

Sincerely,

*Jerry L. Purswell*

Jerry L. Purswell, Ph.D., P.E.
President

Attachments

**NAME:** Jerry L. Purswell

**ADDRESS:** 2035 Mulligan Drive
Colorado Springs, CO 80920

**PHONE:** (719) 592-1773

**FAX:** (719) 265-6905
**ALTERNATE FAX:** (413) 647-9063

**DATE OF BIRTH:** December 21, 1935

**EDUCATION:**

B.S., Industrial Engineering, Lamar State University, 1959.

B.S., Mechanical Engineering, Lamar State University, 1959.

M.S., Engineering, University of Alabama, 1961.

Ph.D., Industrial Engineering, Texas Tech University, 1967, Major in Ergonomics.

**TEACHING AND RESEARCH INTERESTS:**

Dr. Purswell has taught ergonomics, human factors engineering, industrial engineering and products safety, statistics, biomechanics and experimental methodology for human performance studies. He has conducted research dealing with highway safety, occupational safety, consumer product safety, work physiology and occupational biomechanics.

**PROFESSIONAL EXPERIENCE:**

**5/95-present**  *Professor Emeritus and Adjunct Professor, University of Oklahoma; President of Purswell & Purswell, Engineering & Ergonomics.*

Dr. Purswell served on student graduate committees as the advisor for their research and taught on an irregular schedule. Dr. Purswell consults with manufacturers, government agencies and attorneys in the areas of safety and ergonomics. He has continuing research interests in the areas of highway safety, occupational safety, product safety and occupational biomechanics. The basic principles of safety practice and ergonomics, and their relationship have been a continuing interest of Dr. Purswell over the last 20 years.

**11/93-5/95**  *Professor of Industrial Engineering, the University of Oklahoma.*

Taught and performed research in the areas of ergonomics, safety and their relationship as applied to the design of products, transportation systems and workplaces.

**9/92-11/93**  *Professor and Interim Director of the School of Industrial Engineering, the University of Oklahoma.*

Provided administration and leadership for the faculty and staff of the school. Taught and performed research in the areas of ergonomics, safety and their relationship as applied to the design of products, transportation systems and workplaces. Served on a variety of university and professional committees; also served on national advisory committees for safety and ergonomics. Consulted with manufacturers and attorneys.

**9/82-9/92, 11/93-5/95**  *Professor of Industrial Engineering, the University of Oklahoma.*

Taught and performed research in the areas of ergonomics, safety and their relationship as applied to the design of products, transportation systems and workplaces.

**8/81-8/82**  *Chief, Occupational Safety and Health Branch, the International Labor Organization, Geneva, Switzerland.*

Dr. Purswell directed the activities of a staff of 40 medical doctors, engineers and translators

dealing with worldwide concerns in Occupational Safety and Health. The Branch produced international standards (codes of practice) dealing with a variety of OSH issues, conducted international technical meetings on OSH topics and operated a computer data base of worldwide OSH information.

**1/81-7/81    *Professor of Industrial Engineering, the University of Oklahoma.***

Performed research, taught and consulted in the areas of ergonomics; occupational and product safety; work physiology and biomechanics.

**6/78-12/80    *Director, Directorate of Safety Standards Programs, Occupational Safety and Health Administration (OSHA), U.S. Department of Labor; and Special Assistant for Scientific and Regulatory Affairs to the Assistant Secretary for OSHA.***

In his capacity as Director of Safety Standards Programs, Dr. Purswell directed a staff of approximately 40 engineers and safety specialists who produced safety standards for the full range of industry, including construction, general manufacturing industry, shipbuilding and marine terminal operations. In addition to directing safety standards development for OSHA, Dr. Purswell also coordinated the entire range of scientific and technical activities of OSHA. He advised the Assistant Secretary on issues related to the development and enforcement of both safety and health standards and acted for the Assistant Secretary to provide a coordinated approach to scientific and regulatory matters for all OSHA programs. (Dr. Purswell was on assignment to the U.S. Department of Labor from the University of Oklahoma under an Intergovernmental Personnel Act (IPA) appointment.)

**9/77-6/78    *Professor of Industrial Engineering, the University of Oklahoma.***

Performed research, taught and consulted in the areas of ergonomics; occupational and product safety; work physiology.

**6/73-8/77    *Professor and Director, School of Industrial Engineering, the University of Oklahoma.***

Directed the activities of curriculum review, student and faculty evaluation, laboratory and research program development, and also performed usual faculty duties as described above, although on a reduced scale.

**9/70-6/73    *Associate Professor, School of Industrial Engineering, the University of Oklahoma.***

Performed research, taught and consulted in the areas of ergonomics, occupational and product safety, transportation safety and work physiology.

**6/68-8/70    *Assistant Professor, School of Industrial Engineering, the University of Oklahoma.***

Duties and responsibilities same as period 9/70-6/73.

**9/67-5/68    *Assistant Professor of Industrial Engineering, the University of Arkansas, Fayetteville.***

Taught ergonomics and statistics and performed research in ergonomics.

**1/65-5/65    *Assistant Professor, University of Texas at Arlington.***

Taught statistics and engineering mechanics.

**9/62-1/65    *Manager, Staff Industrial Engineer, Collins Radio Company, Dallas, Texas.***

Managed a group of 15 highly qualified industrial engineers who served as internal consultants to Collins Radio Company. Activities included sales analyses, facilities planning, standard company operating procedures, development of manufacturing methods and development of staff requirements.

**6/61-8/62    *Industrial Engineer, Proctor and Gamble, Macon, Georgia and Cincinnati, Ohio;***

Industrial engineer in charge of planning, budgeting, wage administration, and method improvement for an operating department.

**5/59-9/59**     **Technical Service Engineer, The Pure Oil Company, Nederland, Texas (later purchased by ARCO)**

**5/60-9/60**     **Technical Service Engineer, The Pure Oil Company, Nederland, Texas (later purchased by ARCO)**

Technical service engineer who documented existing process piping and equipment for refinery operating units, planned repairs needed after and accident in cracking unit, evaluated maintenance needs for a variety of operating units on an ongoing basis as well as for "turnarounds" and planned maintenance operations during "turnaround".

**CONSULTING:**

Consulting services have been provided to corporations, insurance companies and legal firms in matters involving ergonomics and safety. Service also includes consultation in occupational safety and ergonomics to the National Institute of Occupational Safety and Health (NIOSH), the U.S. Department of Labor (OSHA), the U.S. Congress (Office of Technology Assessment), the United Nations (International Labor Office), and the Centers for Disease Control, Injury Prevention Program. Consultations in the areas of product hazard warnings/instructions, occupational safety, and the ergonomics of product design have included clients in all fifty states and Canada.

**PROFESSIONAL AFFILIATIONS:**

National Society of Professional Engineers.

Human Factors and Ergonomics Society.

Ergonomics Research Society of England.

American Industrial Hygiene Association.

Institute of Industrial Engineers.

**HONORARY SOCIETIES:**

Tau Beta Pi - National Engineering Honorary.

Alpha Pi Mu - National Industrial Engineering Honorary.

**HONORS AND AWARDS:**

Standard Oil Award for $1,000 for teaching excellence in 1971.

Faculty Advisor for National AIIE Student Paper Contest Winner for 1970, 1971 and 1974.

Outstanding Educator Baldwin Study - Travel Award of $1,000 for superior teaching as judged by students and alumni, 1984.

David F. Baker award for outstanding research contributions in Industrial Engineering - awarded by Institute of Industrial Engineers, 1985.

Demco Distinguished Lecturer - College of Engineering - $2,500 awarded each year over five years of service, 1985.

Appointed to Board of Scientific Advisors, National Institute for Occupational Safety and Health, 1988-1990.

Appointed to Advisory Board for The Center to Protect Workers' Rights, a research organization of the national building trades unions with funding from NIOSH and the unions (occupational safety and ergonomics expertise), 1992-present.

Chosen by Industrial Engineering students as Outstanding Professor, 1991 & 1993.

## PUBLICATIONS:

1. Purswell, J.L., Ramsey, J.D. *The Correlation of Mechanical and Physiological Measures of Work for Movement of the Upper Limb.* AIIE Transactions, 1971.

2. Purswell, J.L. *Recognizing and Reducing Work Stress in Plant Engineering and Maintenance Operations.* ASME Paper No.68-PEM-7.

3. Purswell, J.L. Final Report: *Phase 1A, Project Driver.* Prepared for the Department of Public Safety under Contract to DOT.

4. Purswell, J.L., Sliepcevich, C. *Escape Worthiness of Vehicles and Occupant Survival.* DOT Contract FH-11-7303, 1970, (Issued by NTIS).

5. Purswell, J.L., Sliepcevich, C. *Escape Worthiness of Vehicles for Occupancy Survivals and Crashes.* DOT Contract FH-11-7512, 1972, (Issued by NTIS).

6. Purswell, J.L. *Physiologically Optimum Levels of Task Variables for a Typical Work Task Considering the Problem of Static - Dynamic Work Equivalence.* NSF Initiation Grant Report.

7. Purswell, J.L., Karim, B. *A Preliminary Study of Maximal Control Force Capability of Female Pilots.* FAA-AM-72-27, 1972, (Issued by NTIS).

8. Purswell, J.L., Krenek, R. *Automobile Escape Worthiness - An Approach to Predictive Model.* Proceedings of the Sixteenth Annual Meeting of the Human Factors Society, 1972, pp. 199-204.

9. Purswell, J.L., Greenshaw, L. Oats, C. *An Inspection Task Experiment.* Proceeding of the Sixteenth Annual Meeting of the Human Factors Society, 1972, pp. 297-300.

10. Purswell, J.L., Cochran, D., Hoag, L. *Development of a Predictive Model for Dynamic Visual Inspection Tasks.* Proceedings of the Seventeenth Annual Meeting of the Human Factors Society, 1973, pp. 31-43.

11. Purswell, J.L., Hoag, L., Gurney, D. *A Comparison of Single and Multiple Inspection Systems.* Proceedings of the Seventeenth Annual Meeting of the Human Factors Society, 1973, pp. 429-432.

12. Purswell, J.L., Hoag, L. *Strategies for the Improving Visual Inspection Performance.* Proceedings of the Eighteenth Annual Meeting of the Human Factors Society, 1974, pp. 397-403.

13. Purswell, J.L., Hoag, L., Howard, J. *Adaptive Effects of Static Muscular Strength Training.* Proceedings of the Nineteenth Annual Meeting of the Human Factors Society, 1975, pp. 388-393.

14. Purswell, J.L., Stephens, Roger, *Blood Pressure and Static Work - An Important Consideration in Work Design.* Proceeding of the Human Factors Society, 1975. pp 199-202.

15. Purswell, J. L., Mill, R., Beaulieu, H. *Multidisciplinary Accident Investigation Final Report - Oklahoma,* Prepared for U. S. Dept. of Transportation, Contract No. DOT-HS-219-3-708, February 25, 1975

16. Purswell, J.L., Ayoub, M., Hoag, L. *Research Requirements on Hand Tools.* prepared for NIOSH, 1975.

17. Purswell, J.L., Devine, M., Bae, H. *Analysis of Data from the Office of Pipeline Safety Information System.* Pipeline and Gas Journal, March 1976.

18. Purswell, J. L., Mill, R., Beaulieu, H. *Multidisciplinary Accident Investigation Final Report - Oklahoma,* Prepared for U. S. Dept. of Transportation, Contract No. DOT-HS-801-799, January, 1976.

19. Purswell, J.L. *Data Collection for Hand Tool Injury: An Approach*. Proceedings of a National Bureau of Standards Workshop, Gaithersburg, MD., May 26-28, 1976.

20. Purswell, J.L., Terrell, R. *The Influence of Forearm and Wrist Orientation on Static Grip Strength as a Design Criterion for Hand Tools*. Proceedings of the Sixth Congress of the International Ergonomics Association, 1976, pp. 28-32.

21. Purswell, J.L. *Designing Jobs for Women: Productivity Implications*. Proceedings of AIIE Systems Engineering Conference, 1976, pp. 107-110. (Reprinted by Coca-Cola for worldwide distribution.).

22. Purswell, J.L. Dorris, A. *Warnings and Human Behavior: Implications for the Design of Product Warnings*. Journal of Products Liability, 1977.

23. Purswell, J.L. Dorris, A. *Auditory and Biomechanical Performance Requirements for Motorcycle Helmets*. Proceedings of the Twenty-First Annual Meeting of the Human Factors Society, 1977, pp. 226-230.

24. Purswell, J.L. Dorris, A. *Human Factors in the Design of Effective Product Warnings*. Proceedings of the Twenty-Second Annual Meeting of the Human Factors Society, 1978, pp. 343-346.

25. Purswell, J.L. *A Study of Post-Crash Bus Evacuation Problems*. Proceedings of the Twenty-Second Annual Meeting of the Human Factors Society, 1978, pp. 522-527.

26. Purswell, J.L., Chaffin, A. *Anthropometric and Biomechanical Considerations in Government Regulations*. Proceedings of NATO Symposium, Cambridge, England, 1980.

27. Purswell, J.L. *The Need for Ergonomics Data in Safety and Health Standards*. Proceedings of AIIE Fall Conference, 1980, pp. 171-172.

28. Purswell, J.L. *Injury Epidemiology*. Proceedings of Symposium on Occupational Safety Research and Education. NIOSH sponsored Symposium, 1980, pp. 7-12. Invited Papers Only, Proceedings published 2/82, DHHS No. 82-103.

29. Purswell, J.L. *World Picture for the Next Decade in Occupational Safety and Health*. Journal of the American College of Toxicology, **2**:1 1983.

30. Purswell, J.L. Dorris, A., Stephens, R. *Evacuation of Intercity Buses*. DOT Contract No. DOT-FH-11-92161978, (Issued by NTIS).

31. Purswell, J.L. Dorris, A. *Impact of Motorcycle Helmet Usage in Oklahoma*. DOT Contract No. DOT-HS-6-01483, (Issued by NTIS).

32. Purswell, J.L., Rumar, K. *Occupational Accident Research: Where Have We Been and Where Are We Going?* Journal of Occupational Accidents, 6(1984) pp. 219-228. (Also published in Proceedings of the International Seminar on Occupational Accident Research, Elsevier, Amsterdam, 1984).

33. Purswell, J.L. *Safety and Health Practices of Multinational Enterprises*. Published as monograph by ILO, Geneva, Switzerland, 1984, (with contribution by John Northcott).

34. Purswell, J.L. *Summary of Technical Themes*. Proceedings of Sixth International Symposium on Technologies for Dust Control in Mining, Bochum, Germany, 1984, pp. 2195-2198.

35. Purswell, J.L. *Preventing Illness and Injury in the Workplace*. Published by the Office of Technology Assessment, U.S. Congress, April, 1985, (Contributed to several chapters).

36. Purswell, J.L. *Control Design for Drilling and Servicing Rigs*. Published as a Technical Report No. 7 in Petroleum Safety Program Series, 1985.

37. Purswell, J.L. *Health and Safety Technologies in the Workplace*. Office of Technology Assessment, U.S. Congress (invited contribution, written with R.L. Stephens), Published by

NTIS, 1985.

38. Purswell, J.L., Stephens, Roger, *Blood Pressure and Static Work - An Important Consideration in Work Design*. Proceeding of the Human Factors Society, 1973. pp 199-202.

39. Purswell, J.L., Schlegel, R., Kejriwal, S. *A Prediction Model for Consumer Behavior Regarding Product Safety*. Proceedings of 30th Annual Meeting of the Human Factors Society, Dayton, OH, 1986, pp. 1202-1205.

40. Purswell, J.L., Dorris, A., Krenek, R. *Warning Effectiveness: What Do We Need To Know?* Proceedings of the 31st Annual Meeting of the Human Factors Society, New York, N.Y., pp. 1116-1120.

41. Purswell, J.L., Ratliff, R., Hughes, M., Hadwiger, J. *A Content Validation Methodology for Job Related Physical Performance Test*. Public Personnel Management, Vol. 18, No. 4, Winter, 1989.

42. Purswell, J.L., Schlegel, R., Stanevich, R. *Evaluation of the Coefficient of Friction of Structural Steel Coatings*. Proceedings of the Tenth International Ergonomics Association Meeting, Sydney, Australia, August, 1988.

43. Purswell, J.L., Schlegel, R. *Correlation of Subjective Slipperiness Judgements with Quantitative COF Measurements for Structural Steel*. Research report prepared for NIOSH, CDC Control No. 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.

44. Purswell, J.L., Ray, P., Schlegel, R. *A Behavioral Approach To Improve Safety at the Workplace*. Proceedings of the Annual International Industrial Ergonomics and Safety Conference, June 10-13, 1990.

45. Purswell, J.L., Ratliff, R. Hughes, A. *Job Related Physical Performance Tests*. Proceedings of the Annual International Industrial Ergonomics and Safety Conference, June 10-13, 1990.

46. Purswell, J.L., Ray, P., Schlegel, R. *Evaluating and Improving Safety Behavior in the Workplace*. Proceedings of International Conference on Ergonomics and Safety, 1989.

47. Purswell, J.L., Ratliff, R. Hughes, A. *Job Related Physical Performance Tests*. Advances in Industrial Ergonomics and Safety, January, 1990.

48. Purswell,J,L., *A Behavioral; Approach to Safety at the Workplace.* Advances in Industrial Ergonomics and Safety, January, 1990.

49. Purswell, J.L., McCauley, P., Merrick. "Job Related Physical Performance Tests for Firefighters." in *Advances in Industrial Ergonomics and Safety III*, Taylor and Frances, 1991.

50. Purswell, J.L., Schlegel, R., Rao. "A Safety Data Collection and Analysis System. in *Advances in Industrial Ergonomics and Safety III*, Taylor and Frances, 1991.

51. Purswell, J.L., Ray, P., Bowen, D. "Long Term Effect of a Behavioral Safety Program." in *Advances in Industrial Ergonomics and Safety III*, Taylor and Frances, 1991.

52. Purswell, J.L., Swensen, E., Schlegel, R., Stanevich, R. *Coefficient of Friction and Subjective Assessment of Slippery Work Surfaces*. Human Factors, 1992, 34(1), pp. 67-77.

53. Purswell, J.L., Bouhatab, A., Schlegel, R. *Effects of Individual Characteristics, Context, and Warnings on Hazard Awareness and Safety Compliance*. Proceedings of the Annual International Industrial Ergonomics and Safety Conference, June, 1992.

54. Purswell, J. L., Ray, P. and Bowen, D. *Behavioral Safety Program: Creating a New Corporate Culture*, International Journal of Industrial Ergonomics, 12, (1993), pp. 193-198.

55. Purswell, J. L. *Evaluation of Back Belts in the Prevention of Manual Materials Handling Injuries*, Proceedings of M. M. Ayoub Occupational Ergonomics Symposium, April 1993, Lubbock, Texas.

56. Purswell, J. L., Abu-Ali, M., Schlegel, R. *Psychophysically Determined Work-Cycle Parameters for Repetitive Hand Gripping*, Proceedings of the Annual International Conference (Advances in Industrial Ergonomics and Safety VI), June, 1994, Taylor and Francis, London, pp. 573-578.

57. Purswell, J. L., Abu-Ali, M. *Human-Machine Reliability Using Fault-Tree Analysis*, Ergonomics of Hybrid Automated Systems IV, (Proceedings of the 4th International Conference on Human Aspects of Advanced Manufacturing Hybrid Automation, Manchester, United Kingdom, June 1994, Taylor and Francis, London.

58. Purswell, J. L., Rodarte, E., Schlegel, R. *Escape Worthiness of Vehicles with Passive Belt Restraint Systems*, Proceedings of the Human Factors and Ergonomics Society, 38th Annual Meeting, October, 1994, pp. 893-897.

59. Purswell, J. L., et al., *Effectiveness and Cost-Effectiveness of Employer-Issued Back Belts in Areas of High Risk of Back Injury*, Journal of Occupational Medicine, 36 (1), 90-94.

60. Purswell, J.L., Vasmatzidis, I., Schlegel, R., *Cognitive Resource Depletion Under Heat Stress*, Proceedings of the Konz/Purswell Occupational Ergonomics Symposium, 91-98, April 1995.

61. Purswell, J. L., Bowen, D., Schlegel, R. and Purswell, J. P., *Preferred Tension and Psychophysical Lifting Limits With and Without Back Belts*, Advances in Industrial Ergonomics and Safety VII, Taylor & Francis, 1995, pp. 735-740.

62. Purswell, J. L., Abu-Ali, M., Schlegel, R., *Psychophysically determined work-cycle parameters for repetitive hand gripping*, International Journal of Industrial Ergonomics, 17 (1996) 34-42, Elsevier.

63. Purswell, J. L., Abu-Ali, M., Schlegel, R., *Human_Machine System Reliability Using Fault Tree Analysis,* Proceedings of the 4th International Conference on Human Aspects of Advanced Manufacturing and Hybrid Automation, Manchester, United Kingdom, July 6-8, 1994.

64. Purswell, J. L., *Designing Control Rooms to Minimize Human Errors that Lead to Spills*, Conference on Chemical Hazards sponsored by American Institute of Chemical Egineers, Houston, Texas, 1994.

65. Purswell, J. L., Vasmatzidis, I., Schlegel, R., *Effects of a Hot Environment on Time-Sharing Performance*, Advances in Industrial Ergonomics and Safety VII (A. C. Bittner and P. C. Champney, eds.) London: Taylor & Francis, 265-271, 1995.

66. Purswell, J. L., Madala, D., Schlegel, R., *Physiological Effects of Abdominal Belt Use During a Lifting Task*, Advances in Industrial Ergonomics and Safety IX (W. Karwowski and B. Das, eds.) London: Taylor & Francis, 1997.

67. Purswell, J. L., Swenson, E., Schlegel, R., *Effects of Session Length and Time Between Sessions on the Reliability of Psychophysical Evaluations of repetitive Hand Grasping*, Advances in Industrial Ergonomics and Safety IX (W. Karwowski and B. Das, eds.) London: Taylor & Francis, 1997.

68. Purswell, J. L., Kweon, O, Schlegel, R. *Power Window Control Location Stereotypes*, Proceedings of 36th Annual Meeting of The Human Factors and Ergonomics Society, 1992, 485-489.

69. Purswell, J.L., Schlegel., R. *In-Vitro Study of the Interaction of Cellular Phones with Cardiac Pacemakers.* Proceedings of the Electromagnetics, Health Care & Health, IEEE Workshop Symposium, Montreal, September 1995.

70. Purswell, J.L., Krenek, R.F. (1998) *Warning Label Content Strategies: An Approach to the Integration of User Knowledge and Designer Judgment.* International Journal of Cognitive Ergonomics, **2** (1-2) 53-60.

71. Purswell, J.L., Kasbaum, T., Purswell, J.P., and Krenek, R.F. (1998) *Hot Water Burn Hazards: Warning Label Influence on User Temperature Adjustment.* International Journal of Cognitive Ergonomics, **2** (1-2) 145-157.

72. Purswell, J.P., and Purswell, Jerry L. "The Effectiveness of Audible Backup Alarms as Indicated by OSHA Accident Investigation Records." *Advances in Occupational Ergonomics and Safety.* pp. 444-450. IOS Press: 2001

73. Purswell, J.P. and Purswell, Jerry L. OSHA's Citation Practices of Ergonomic Hazards under the "General Duty" Clause. Proceedings of the Human Factors and Ergonomics Society, 45th Annual Meeting, October, 2001.

RULE 26 DISCLOSURE FOR JERRY L. PURSWELL

6/12/2007

I. DEPOSITIONS:

CASE STYLE: Lillian Yolles v. Chrysler Corp., et al.
COURT: Jefferson Circuit Court, Twelfth Division, Commonwealth of Kentucky
DATE: 6/23/03

CASE STYLE: Mary Jeanetta Kelly v. The Raymond Corp. and Storage Concepts
COURT: United States District Court, Western District of Kentucky, Owensboro Division
DATE: 6/26/03

CASE STYLE: Kansas City Power & Light v. Bibb & Associates, Inc., et al.
COURT: In the Circuit Court of Jackson County, Missouri at Kansas City
DATE: 7/2-3/03

CASE STYLE: Kenneth Leach and Janet Leach v. Cottrell, et al.
COURT: In the Circuit Court for the Third Judicial Circuit, Madison County, Illinois
DATE: 8/18/03

CASE STYLE: Jimmy Cooper v. Cottrell, et al.
COURT: In the Circuit Court for the Third Judicial Circuit, Madison County, Illinois
DATE: 8/18/03

CASE STYLE: Ruby Camacho as next Friend of Janelle Camacho v. AdobeAir Inc. and Alamo Lumber Co.
COURT: In the District Court, 293rd Judicial District, Zavala County, Texas
DATE: 8/27/03

CASE STYLE: Joann Cave v. Exxon-Mobil Corporation, et al.
COURT: Circuit Court of Marshall County, West Virginia
DATE: 10/6/03

CASE STYLE: Whitney v. Bowers, et al.
COURT: Superior Court of the State of California
DATE: 10/20/03

CASE STYLE: Lavergne v. PPG
COURT: 14th Judicial District Court, Parish of Calcasieu, State of Louisana
DATE: 11/17/03

CASE STYLE: Bankhead v. Toys-R-Us
COURT: United States District Court for the Northern District of Illinois, Eastern Division
DATE: 11/19/03

CASE STYLE: Everts v. Altec
COURT: In the United States District, Northern District of New York
DATE: 12/17/03

CASE STYLE: Gregorio Duran, et al. v. Gray Automotive Products Co.
COURT: In the United States District Court for the Western District of Texas, El Paso Division
DATE: 1/27/04

CASE STYLE: Goncalves v. Cherne Industries, Inc., et al.
COURT: In the Superior Court of New Jersey, Law Division: Hudson County
DATE: 2/26/04

CASE STYLE: Agasarkisian v. Haulmark Industries, et al.

Rule 26 Disclosure for Jerry L. Purswell
5/15/07
Page 2

COURT: The Superior Court for the County of Gwinett, State of Georgia
DATE: 3/30/04

CASE STYLE: Brzezinski v. Robertshaw Controls Company
COURT: Circuit Court of Cook County Illinois
DATE: 4/7/04

CASE STYLE: Huff v. Cottrell, et al.
COURT: Circuit Court, Third Judicial District, Madison County, Illinois
DATE: 5/4/04

CASE STYLE: Belton v. Cottrell, et al.
COURT: Circuit Court, Third Judicial District, Madison County, Illinois
DATE: 5/4/04

CASE STYLE: Lavander v. Cottrell, et al.
COURT: Circuit Court, Third Judicial District, Madison County, Illinois
DATE: 5/4/04

CASE STYLE: Carter v. Big-Tex Trailer Manufacturing, Inc., et al.
COURT: In the District Court, Madison County, Texas, 278th Judicial District
DATE: 5/17/04

CASE STYLE: Jone v. Grandpa Pidgeon's Inc., et al.
COURT: In The Circuit Court of the City of St. Louis, State of Missouri
DATE: 5/18/04

CASE STYLE: Stella N. Franz v. Ashland Inc., d/b/a Valvoline Instant Oil Change and Hill Country Oil, Inc.
COURT: 288th Judicial District Court, Bexar County, Texas
DATE: 5/25/04

CASE STYLE: Geoffrey Manifold, et. ux., vs. Wolf Coach, Inc., et al.
COURT: United States District Court for the District of Columbia, Civil Division
DATE: 5/27/04

CASE STYLE: Tatum v. Cottrell
COURT: United States District Court for the Western District of Missouri, Southern Division
DATE: 6/11/04

CASE STYLE: Gray v. Ford Motor Company, King County and unknown John and Jane Does
COURT: Superior Court of the State of Washington in and for the County of King
DATE: 6/28/04

CASE STYLE: Lebron v. PPG Industries, Inc.
COURT: Circuit Court of Cook County, Illinois, County Dept. – Law Division
DATE: 8/13/04

CASE STYLE: Pederson v. HOVENSA
COURT: In the District Court of the Virgin Islands, Division of St. Croix
DATE: 8/17/04

CASE STYLE: Baltzell v. Freightliner Corporation, et al.
COURT: In the United States District Court for the Southern District of Illinois
DATE: 9/8/04

CASE STYLE: Camizzi v. AKZO Nobel Coatings, Inc.
COURT: Superior Court of the State of California for the County of Los Angeles-Central District
DATE: 10/4/04

Rule 26 Disclosure for Jerry L. Purswell
5/15/07
Page 3

CASE STYLE: Traxler/Holmes v. Clayton Homes, Inc., et al.
COURT:      In the United States District Court for the District of South Carolina, Florence Division
DATE        10/5/04

CASE STYLE: Guadalajara v. SP Truckingi
COURT:      State Court of Zavalla County, Texas
DATE:       1/28/05

CASE STYLE: Kline v. Cottrell
COURT:      United States District Court, Western District of Shreveport, State of Louisiana
DATE:       2/21/05

CASE STYLE: Yenerich v. Cottrell
COURT:      In the Circuit Court of the Third Judicial Circuit of Madison County, Illinois
DATE:       3/1/05

CASE STYLE: White v. Cottrell
COURT:      In the Circuit Court of the Third Judicial Circuit of Madison County, Illinois
DATE:       3/1/05

CASE STYLE: Republic Western Insurance v. A. O. Smith, et al.
COURT:      Superior Court of the State of California, County of Sacramento
DATE:       3/9/05

CASE STYLE: Bernard v. Maxon, et al.
COURT:      Jefferson Circuit Court, Division Thirteen, Louisville, KY
DATE:       6/30/05

CASE STYLE: Arnett v. Leslie Resources, Inc., et al.
COURT:      Commonwealth of Kentucky, Perry Circuit Court
DATE:       8/8/05

CASE STYLE: Pixley v. J. M. Products, et al.
COURT:      State of South Carolina, In The Court of Common Pleas, County of Lexington
DATE:       8/16/05, Volume I

CASE STYLE: Hernandez v. Mack Truck
COURT:      In The District Court of the 285th Judicial District for the County of Bexar, Texas
DATE:       9/13/05

CASE STYLE: Pixley v. J. M. Products, et al.
COURT:      State of South Carolina, In The Court of Common Pleas, County of Lexington
DATE:       9/22/05, Volume II

CASE STYLE: Collins et al. v. Coiltech Corporation and Braner USA
COURT:      In The Circuit Court of Johnson County, Missouri
DATE:       10/24/05

CASE STYLE: Ortiz v. Drain Construction Company
COURT:      In the District Court of Navarro County, 13th Judicial District, Texas
DATE:       12/1/05

CASE STYLE: Selby v. High Desert Antelope valley Neprology, et al.
COURT:      Superior Court of the State of California for the County of Los Angeles
DATE:       12/12/05

CASE STYLE: Texas Treasure Fields v. Tommy Ford, et al.
COURT:      In The County Court of Dallas County, Texas
DATE:       2/17/06

CASE STYLE: Fix v. Cottrell, et al.
COURT:      In The Circuit Court of Jackson County, Missouri At Independence

Rule 26 Disclosure for Jerry L. Purswell
5/15/07
Page 4

DATE:       3/3/06

CASE STYLE: Weier v. United Rentals and Broderson Mfg.
COURT:      United States District Court for The Western District of Michigan, Southern Division
DATE:       3/24/06

CASE STYLE: Tisdale, Adm. of Estate of Turner v. Futuristic, Inc. et al.
COURT:      In The General Court of Justice, Superior Court Division, County of Onslow, North Carolina
DATE:       5/5/06

CASE STYLE: Pickering v. American Iron Horse Motorcycle Co.
COURT:      Worker's Compensation Case-Court in Fort Worth Texas
DATE:       6/8/06

CASE STYLE: Chapa v. Toyo Tire, et al.
COURT:      In The 29th Judicial Court of Duval County, Texas
DATE:       6/9/06

CASE STYLE: Hart v. Maxwell Supply Co., et al
COURT:      In The District Court of Oklahoma County, State of Oklahoma
DATE:       7/20/06

CASE STYLE: Greathouse v. Ceco Concrete Construction, et al.
COURT:      United States District Court, Northern District of Florida, Panama City Division
DATE:       12/12/06

CASE STYLE: Hancox v. Cottrell, Inc.
COURT:      United States District Court for the Western District of Missouri, Western Division
DATE:       12/20/06

CASE STYLE: Dierking, et al. v. A.O. Smith Corporation, et al.
COURT:      In The Circuit Court of Jackson County Missouri at Kansas City
DATE:       1/30/07

CASE STYLE: Graham v. Bassett Furniture Industries Inc., et al.
COURT:      United States District Court, District of South Carolina, Florence Division
DATE:       5/14/07


I have a recall of testifying in the following trials in 2003

1. Bassett v. Cottrell, Circuit Court of the City Court of St Louis, Missouri, 7/30/03
2. Mercier v. Pan Am Pavilion Owners, St. Croix, U. S. Virgin Islands, 10/16/03

I have a recall of testifying in the following trials in 2004:

1. Bdar v. Cottrell, State Court, Madison County, Illinois;
2. Pintea v. PPG, Eire Pennsylvania. 8/13/04
3. Gray v. Ford, King County Court, Washington 8/17.04
4. Lewis Monuments v. A. O. Smith, U. S. District Court for Eastern District of New York, 11/3/04
5: Howerton v. Arai, State of North Carolina, County of Orange General Court of Justice, Superior
   Court Division, 10/22/04
6. Everts v. Altec, Syracuse, New York, 1/5/05

I have a recall of testifying in the following trials in 2005

1. Susarla v Majmudar, et al. , 3/16/05
2. Balzell v. Lufkin Industries, et al., 4/14/05
3. Kline v. Cottrell, et al. 4/22/05

Rule 26 Disclosure for Jerry L. Purswell
5/15/07
Page 5

I have a recall of testifying in the following trials in 2006

1. Collins v. Coiltech in Johnson County, Missouri, 6/14/06
2. Arnett v. Fluke Corp. In Hazard, Kentucky, 6/30/06
3. Pickering v. American Iron Horse Motorcycle in Fort Worth, Texas, 7/18/06

PURSWELL & PURSWELL,

*Engineering & Ergonomics, Inc*

2035 Mulligan Drive Colorado Springs, CO 80920-1603

Voice: 719/592-1773    Fax:719/265-6905

Effective 9/1/2006

**Schedule of Rates**

**Principal Consultant:** $300/hour

This rate applies for consultation, travel, investigation, analysis, giving depositions, and court testimony, except as follows:

> 1. When the total professional time plus travel time exceeds 8 hours a day, then the travel time will be billed at a reduced rate of $195/hour. Total time is calculated on a portal-to-portal basis.
>
> 2. When a deposition is scheduled away from the Colorado Springs area, then a surcharge is of $25/hour will be added to the rates shown above.

**Associate Consultant:**    $225/hour for professional time,  $85/hour for travel time in excess of 8 hours.

**Research Assistant:** $25/hour

**Expenses:** All expenses will be billed at actual cost, including air fare, lodging, auto rental and food. Mileage for travel beyond the Colorado Springs area will be billed at the current mileage rate specified by the IRS when a personal vehicle is used. Coach airfare plus the cost of an upgrade will be billed if available. If not available, first class airfare will be billed.

Photo or video documentation for consultant use is included in the professional rates. All other documentation, reproductions, exhibits, etc. will be billed at actual cost.

Firm, fixed price contract pricing will be quoted on request for research studies in lieu of the above rate schedule.

**Finance Charge Information:**  A 1.0% finance charge *per month* will be assessed on any unpaid balances over 30 days.

**Note regarding pre-payment requirements for third-parties:**  We do not routinely require the receipt of a retainer prior to commencing work.  However, if a client has an agreement with a third party (such as an opposing counsel) to pay all or a portion of the expenses, a retainer of $2000.00 must be received at our office at least a week prior to the date requested.  If travel to a location outside of Colorado is required, an additional $2000.00 must be received at our office at least one week prior to the anticipated travel date.  Any unused retainer funds will be refunded at the conclusion of the matter. ***If no advance retainer is received, the client assumes responsibility for all charges.***