IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-623-MEF |
| ) | |
| REGINALD JAMES WASHINGTON, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Defendants' Motion for Partial Summary Judgment (Doc. #34) filed on July 3, 2007, which seeks summary judgment on and the dismissal of Plaintiff's claims of wantonness and negligent entrustment, and Plaintiff's Response to Defendants' Motion for Partial Summary Judgment (Doc. # 37), in which Plaintiff stipulates to the dismissal of the claims of wantonness and negligent entrustment, it is hereby

ORDERED that Defendants' Motion for Partial Summary Judgment (Doc. #34) is GRANTED and Plaintiff's claims of wantonness and negligent entrustment are DISMISSED with PREJUDICE.

DONE this the 31st day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE