IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-623-MEF |
| ) | |
| REGINALD JAMES WASHINGTON, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the pretrial conference scheduled for October 1, 2007 and trial set for November 5, 2007 are continued generally.

2. That the parties file a joint stipulation of dismissal on or before October 12, 2007.

DONE this 21st day of September, 2007.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE