IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID W. JAHN, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 2:06-cv-623 |
| REGINALD JAMES WASHINGTON, et al. | ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW, the parties to the above-referenced cause, by and through counsel, and stipulate that all matters between them have been resolved and that the case is due to be dismissed, with prejudice, cost to be taxed as paid.

          /s/Eric D. Bonner.
**ERIC D. BONNER – ASB-7718-c63b**
**JOHN W. CLARK, JR. –ASB-2581-c61j**
Attorneys for Defendants

OF COUNSEL:

CLARK, HAIR & SMITH, P.C.
800 Shades Creek Parkway, Suite 850
Birmingham, AL 35209
205/397-2900
205/397-2901 Fax

          *[signature]*
**TERRY G. KEY – KEY-011**
Attorney for Plaintiff

OF COUNSEL:

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
P.O. Box 927
Dothan, AL 36302